USCA1 Opinion

 

 [NOT FOR PUBLICATION] United States Court of Appeals For the First Circuit ____________________ No. 95-2347 WILLIAM BENNETT, Plaintiff - Appellant, v. PETER O'MALLEY, Defendant - Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. William G. Young, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Cyr, Senior Circuit Judge, ____________________ and Stahl, Circuit Judge. _____________ _____________________ Valeriano Diviacchi, with whom Diviacchi Law Office was on ___________________ _____________________ brief for appellant. Ronald Kovner, with whom Christopher J. Muse and Merita ______________ ____________________ ______ Hopkins were on brief for appellee. _______ ____________________ June 18, 1997 ____________________ Per Curiam. Upon full consideration of the record, Per Curiam. ___________ briefs and argument of counsel, we affirm the decision of the district court on the basis of its rulings on October 24 and 25, 1995, on Defendant's Motion for Judgment as a Matter of Law. We believe that appellant's contentions on appeal are completely without merit. Because we find this to be a frivolous appeal, we order appellant's counsel to show cause within ten days of the issuance of this opinion why double costs and attorney's fees on appeal should not be assessed against him. See Fed. R. App. P. 38; 28 U.S.C. 1927. ___ Affirmed. ________ -2-